AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number:

CA 08 260ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHARLOTTE M. WEEKS

I certify that I am admitted to practice in this court.

7/10/08
Date

Signature

MARK W. GEMMA ESQ — 5779
Print Name — Bar Number

GEMMA LAW ASSOCIATES, 231 RESERVOIR AVENUE
Address

PROVIDENCE — RI — 02907
City — State — Zip Code

(401) 467-2300 — (401) 467-8678
Phone Number — Fax Number